RYAN N. DUNLEVY, #300818
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street, Suite 200
Sacramento, California 95814
(916) 449-3800 ● Fax (916) 449-3888
Email: RDunlevy@hebw.com

DANIEL M. COMBS, Colo. Bar No. 34740
(pro hac vice application to be filed)
CAMPBELL LITIGATION, P.C.
730 17th Street, Suite 730
Denver, CO 80202
Tel: (303) 536-1833
Email: Daniel@campbell-litigation.com

Attorneys for Defendant AT&T Umbrella Benefit
Plan No. 3 (incorrectly identified in the caption)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

| | |
|---|---|
| LISA WAN , <br><br> Plaintiff, <br><br> v. <br><br> AT&T WEST DISABILITY BENEFITS PROGRAM, AT&T UMBRELLA PLAN NO. 3 , <br><br> Defendants. | Case No. 2:17-cv-01677-JAM-EFB <br><br> ORDER REGARDING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT <br><br> Trial Date: N/A <br><br> Complaint Filed: November 21, 2017 |

This matter is before the Court on the Parties' Joint Motion for Extension of Time to File Joint Status Report Pursuant to L.R. 144 (the "Joint Motion"). For the reasons set forth in the Joint Motion, the Joint Motion is GRANTED. The time for the Parties to file a Joint Status Report shall be extended to Friday, February 2, 2018.

///

///

///

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | Dated January 25, 2018 |
| 4 | |
| 5 | |
| 6 | **/s/ JOHN A. MENDEZ** |
| | JOHN A. MENDEZ |
| 7 | U.S. DISTRICT COURT JUDGE |

# CERTIFICATE OF SERVICE

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

**Jesse S. Kaplan**
**5441 Fair Oaks Boulevar**
**Suite C-1 Carmichael, California 95608**

On January 25, 2018, I served the foregoing **[PROPOSED] ORDER REGARDING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** electronically through the CM/ECF system.

By: */s/ Crystal Holman*