UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WAN,<br><br>        Plaintiff,<br><br>  v.<br><br>AT&T WEST DISABILITY BENEFITS PROGRAM, et al.,<br><br>        Defendants. | No. 2:17-cv-1677-EFB<br><br><br>ORDER AFTER HEARING |

The case was before the court on May 9, 2018, for hearing on plaintiff's motion for leave to conduct discovery. ECF No. 15. Attorney Jesse Kaplan appeared on behalf of plaintiff, and attorney Daniel Combs appeared on behalf of defendants.[1] For the reasons stated on the record, and as detailed below, plaintiff's motion is granted in part and denied in part and the court's scheduling order is modified.

Plaintiff's motion for leave to conduct discovery (ECF No. 15) is granted in part and denied in part as follows:

1. Defendants shall provide responses to plaintiff's discovery requests numbers 1-4 and 6-9 by June 8, 2018. Defendants' responses shall be limited to information concerning the ERISA plan applicable to plaintiff's claim for disability benefits.

---

[1] Mr. Combs appeared by telephone.

1

2. The motion is denied as to plaintiff's request number 5, which is moot.

3. The balance of the motion is denied without prejudice.

The court's scheduling order (ECF No. 14) is modified as follows:

1. Plaintiff's motion for summary judgment shall be filed by October 2, 2018[2].

2. Defendants' opposition and cross-motion for summary judgment shall be filed by October 23, 2018.

3. Plaintiff's reply and opposition shall be filed by November 6, 2018.

4. Defendants' reply shall be filed by November 13, 2018.

5. A hearing on the parties' cross-motions for summary judgment is set for December 5, 2018 at 10:00 a.m., in Courtroom No. 8.

So Ordered.

DATED: May 9, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Although the court stated at the hearing that plaintiff's motion for summary judgment must be filed by October 4, 2018, upon further review, the court finds that October 2, 2018 is a more appropriate deadline.