# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA WAN ,

        Plaintiff,

    v.

AT&T WEST DISABILITY BENEFITS
PROGRAM, AT&T UMBRELLA PLAN NO. 3 ,

        Defendants.

Case No.  2:17-cv-01677-EFB

ORDER GRANTING JOINT
MOTION TO EXTEND DEADLINE
TO FILE STIPULATED DISMISSAL

This matter is before the Court on the parties' Joint Motion to Extend Deadline to File Stipulated Dismissal. The Court, having considered the Motion and being apprised of the premises of the Motion, GRANTS the Motion. Accordingly, the parties are directed to file dispositional documents on or by March 27, 2019.

    IT IS SO ORDERED.

    Dated February 21, 2019

                  HON. EDMUND F. BRENNAN
                  CHIEF MAGISTRATE JUDGE